UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

AGNES GEORGES,

                              Plaintiff,

    -v-                                       1:17-CV-1246
                                             (DNH/CFH)

LEVY RATHNER and FELIX PHILLIPE,

                              Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:

AGNES GEORGES
Plaintiff pro se
5 Lowell Place
Baldwin, NY 11510

DAVID N. HURD
United States District Judge

## **DECISION and ORDER**

      Pro se plaintiff Agnes Georges brought this civil action against Levy Rathner and Felix Phillipe.  On December 22, 2017, the Honorable Christian F. Hummel, United States Magistrate Judge, advised by Report-Recommendation that plaintiff's complaint be dismissed sua sponte with prejudice.  No objections to the Report-Recommendation have been filed.

      Based upon a careful review of the entire file and the recommendations of the Magistrate Judge, the Report-Recommendation is accepted in whole.  See 28 U.S.C. § 636(b)(1).

      Therefore, it is

      ORDERED that

Plaintiff's complaint is DISMISSED without leave to amend.

The Clerk is directed to file judgment accordingly and close the file.

IT IS SO ORDERED.

_____
United States District Judge

Dated: March 15, 2018
       Utica, New York.